# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTALAN BRIGNER, | Case No. 1:16-cv-01431-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| JOH NICK KAPETAN, et al., | (ECF No. 4) |
| Defendants. | TWENTY DAY DEADLINE |

Plaintiff Brentalan Brigner, proceeding pro se, filed this action on September 26, 2016. (ECF No. 1.) Along with his complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. Upon review of the application, Plaintiff has not answered all the questions set forth asking whether he has received funds from specific sources in the past twelve months. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District

1

Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: __**October 3, 2016**__

UNITED STATES MAGISTRATE JUDGE